IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TENDER TOUCH REHAB SERVICES LLC,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 11-7016 |
| | : | |
| **BRIGHTEN AT BRYN MAWR, et al.,** | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this \_\_\_\_ day of March, 2012, upon consideration of the Motion to Dismiss by Defendants Saber Health Care Group, Saber Healthcare Holdings, LLC, and Aviv Healthcare Properties, LP (Doc. 8), and Plaintiff's Response in Opposition thereto (Doc. 10), and for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **DENIED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**