# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TENDER TOUCH REHAB SERVICES LLC,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 11-7016 |
| | : | |
| **BRIGHTEN AT BRYN MAWR, et al.,** | : | |
| Defendants. | : | |

## SCHEDULING ORDER

**AND NOW**, this _____ day of June, 2014, upon consideration of Defendants, Saber Healthcare Group, Saber Healthcare Holdings, LLC, Bryn Mawr Healthcare Group, LLC, Ambler Healthcare Group, LLC, and Aviv Healthcare Properties, LP's Motion for Summary Judgment (Doc. 33), Plaintiff's Response in Opposition thereto (Doc. 35), and Defendants' Reply (Doc. 36), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **DENIED**.

**IT IS FURTHER ORDERED** that counsel shall confer and contact the Court with potential dates for trial within ten (10) days of the filing date of this Order.[1]

BY THE COURT:

/s/ Petrese B. Tucker

_____

**Hon. Petrese B. Tucker, C.J.**

---

[1] Counsel has informed the Court that there may be a potential conflict with the current trial pool date of July 7, 2014.